UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Sayyah,
    Plaintiff

v.                                        Case No.  1:15-cv-326

Judge Herman, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 1, 2016 (Doc. 44).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motion to vacate the improper default judgment is **DENIED**. Plaintiff is enjoined and prohibited from filing any further motions or papers in this case, unless such motions or papers are certified as non-frivolous by an attorney. This injunctive relief will not apply to any appeal of this Order to the Sixth Circuit.

The Clerk of Court is **DIRECTED** not to accept any such pleadings from plaintiff absent compliance with the above restrictions, and is instructed to dispose of such documents accordingly.

Date: August 1, 2016    s/Sandra S. Beckwith
                                             Sandra S. Beckwith, Senior Judge
                                             United States District Court